
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Thomas W. Kovacich         State Bar No. 94046
Christopher S. Milligan    State Bar No. 211532
17871 Park Plaza Drive, Suite 200
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for Defendant WEST COAST CABLE, INC.



FILED
CLERK U.S. DISTRICT COURT
JAN - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and ADMINISTRATIVE MAINTENANCE FUND,

  Plaintiffs,

vs.

WEST COAST CABLE, INC., a California corporation,

  Defendant.

CASE NO.: CV-07-414 GHK (PJWx)

**STIPULATED PROTECTIVE ORDER RE: PRODUCTION OF RECORDS PURSUANT TO COURT'S NOVEMBER 14, 2007 DISCOVERY ORDER**

Cplt. filed: January 17, 2007

///
///

IT IS HEREBY STIPULATED by and among Plaintiffs, Southern California IBEW-NECA Pension Plan, et al. ("Plaintiffs"), and Defendant West Coast Cable, Inc. ("Defendant")("Plaintiffs" and "Defendant" are referred to herein as the "Parties"), by and through their respective counsel of record, that the following protective order may be entered by this Court and that the same shall be effective from the date of entry by this Court, unless vacated by separate order of the Court, to give effect to the stipulations set forth below:

1. On or about June 7, 2007, Plaintiffs served on Defendant Request for Production of Documents, Set No. 1 ("RFP No. 1").

2. On or about July 10, 2007, Defendant served its Responses to RFP No. 1.

3. On or about October 11, 2007, Defendant served its Amended Responses to RFP No. 1.

4. On or about October 16, 2007, Plaintiffs filed a motion to compel production of documents responsive to RFP No. 1.

5. On or about November 14, 2007, the Court issued an Order granting Plaintiffs' motion to compel and ordering the production of all responsive documents, subject to a protective order requiring that they not be shared with anyone not involved in the litigation and that documents containing sensitive personal information, like social security numbers, not be disclosed absent court order. (The Court's November 14, 2007 Order is attached hereto as Exhibit "A")

6. The Parties agree that among the documents to be produced pursuant to the Court's November 14, 2007 Order are employee's payroll records, time records, and other employment records that contain individual's names, addresses and social security numbers. Other documents to be produced pursuant to said Court Order are contracts, subcontracts, project specifications and conditions, other contract documents, tax returns, financial and bank statements, and other financial and business records, which Defendant contends contain confidential and

proprietary business information.

7. Therefore, except as otherwise provided by order of this Court, unredacted responsive documents shall be produced by Defendant to Plaintiffs pursuant to the Court's November 14, 2007 Order, but shall not be shared furnished, shown, disclosed or otherwise disseminated with or to anyone not involved in this litigation except to: (a) Plaintiffs' and Defendant's agents and employees to the extent necessary for preparation and trial of this litigation; (b) counsel for Plaintiffs and Defendant, and office personnel assisting counsel in the preparation and trial of this litigation; and (c) experts and consultants who are assisting said counsel in preparation and/or trial of this litigation. The parties agree that all such persons identified in subparagraphs (a) through (b) herein shall be bound to the terms and provisions of this Stipulation. The parties further agree that all parties identified in subparagraph (c) shall execute an agreement or signed writing acknowledging their acceptance of the terms and provisions of this Stipulation. The responsive records produced pursuant to this Stipulation shall be maintained in the possession and control of Plaintiffs and Plaintiffs' counsel in such a manner that they are not accessible to individuals not bound by this Stipulation.

8. Unless the Parties agree otherwise in writing or the Court orders otherwise, if Plaintiffs intend to file or lodge any of the documents covered by this Stipulated Protective Order with the Court, Plaintiffs must redact the names, addresses and social security numbers of the employees, or comply with Local Rules 79-5.1-79.54 regarding filing documents under seal.

9. The Parties agree that Plaintiffs may redact any employment or personnel records produced pursuant to this Stipulation by blocking out the names, addresses, and social security numbers contained therein. The redacted records may thereafter be provided to third parties and may be filed with the Court.

10. In the event that Plaintiffs are ordered by a court or any state, federal or governmental unit to produce any of the records produced pursuant to this

Case 2:07-cv-00414-GHK-PJW Document 41 Filed 01/04/08 Page 4 of 5 Page ID #:50

Stipulation, they will provide reasonable notice to Defendant, through its counsel, of that court order or command, so as to allow Defendant to file an appropriate opposition to such order or command.

11. The terms of this Stipulated Protective Order shall remain in full force and effect and shall not cease to be effect because of the final adjudication of this litigation.

12. Upon resolution of this action, the records produced pursuant to this Stipulation shall be held by Plaintiffs' counsel pending final resolution of this litigation by appeal or otherwise. Within three (3) months after such final resolution, the records produced pursuant to this Stipulation and all copies thereof shall be returned to Defendant's counsel.

**IT IS SO STIPULATED.**

DATED: December 4, 2007  LAQUER, URBAN, CLIFFORD & HODGE, LLP

By: _____
Susan Graham Lovelace
Counsel for Plaintiffs

DATED: December 4, 2007  ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Thomas W. Kovacich
Christopher S. Milligan
Attorneys for Defendant WEST COAST CABLE, INC.

[~~PROPOSED~~] ORDER

Having reviewed the terms of the foregoing Stipulation, and finding that good cause exists for said Protective Order requested,

**IT IS SO ORDERED.**

Dated: 1/4/08

_____
U.S. DISTRICT ~~COURT~~ JUDGE
Magistrate

011001.00008/834642v2

-4-

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 17871 Park Plaza Drive, Cerritos, California 90703.

On December 18, 2007, I served the foregoing document described as * **Stipulated Protective Order re: Production of Records Pursuant to court's November 14, 2007 Discovery Order** * on the interested parties in this action by the method indicated below:

Emily Manninger, Esq.  
LAQUER, URBAN, CLIFFORD & HODGE, LLP  
225 South Lake Avenue, Suite 200  
Pasadena, California 91101-3030

Tel: (626) 449-1882  
Fax: (626) 449-1958  
*Attorneys for Plaintiffs*

☒ **(BY MAIL)** I caused a sealed envelope with postage thereon fully prepaid to be placed in the U.S. mail at Cerritos, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on December 18, 2007, at Cerritos, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and, that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Janice Yasuda

ATKINSON, ANDELSON, LOYA, RUUD & ROMO  
A PROFESSIONAL CORPORATION  
ATTORNEYS AT LAW  
TEL: (626) 449-1882

011001.00008/737528v1