**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Christopher M. Laquer, State Bar No. 068355
Susan Graham Lovelace, State Bar No. 160913
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Moorhead@luch.com

**JS-6**
E-FILED:  6/25/2008

Counsel for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et. al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>WEST COAST CABLE, INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO.: CV-07-0414 GHK (PJWx)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

   Pursuant to the stipulation of the parties for dismissal with prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

This action is dismissed with prejudice.

DATED:   6/24/08           _____
　　　　　　　　　　　　　　　GEORGE H. KING, U.S. DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT.

Dated: May __, 2008　　　　　LAQUER, URBAN, CLIFFORD & HODGE LLP

　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　Susan Graham Lovelace, Esq.
　　　　　　　　　　　　　　　　Counsel for Trustees of the Southern
　　　　　　　　　　　　　　　　California IBEW-NECA Pension Plan, et al.

139968.1

1
2   Dated: May __, 2008.            ATKINSON, ANDELSON, LOYA, RUUD & ROMO
3
4                                   By:_____
                                        Thomas W. Kovacich, Esq.
5                                       Christopher S. Milligan, Esq.
                                        Counsel for Defendant
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

139968.1